1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9   THE MASTER'S MIRACLE, INC.,
10              Plaintiff,
11        v.                                      CASE NO. C04-2488JLR
12   HEALTH WIZE, et al.,                         ORDER
13              Defendants.
14

15
16       This matter comes before the court on the motion of Plaintiff The Master's
17  Miracle, Inc. ("TMM") to dismiss portions of Defendants' counterclaims for failure to
18  state a claim (Dkt. # 26). Defendants have not opposed the motion. The court GRANTS
19  the motion in part and DENIES it in part.
20       TMM brings its motion to dismiss under Fed. R. Civ. P. 12(b)(6). The court may
21  dismiss a claim only if it appears beyond doubt that the complainant can prove no set of
22  facts in support of his claim which would entitle him to relief. Navarro v. Block, 250
23  F.3d 729, 732 (9th Cir. 2001). In reviewing the allegations of the complaint, all material
24  allegations are accepted as true, as well as all reasonable inferences to be drawn from
25  them. Id. The court must also grant a motion to dismiss where the complainant has no
26  "cognizable legal theory" to tie the factual allegations into a claim upon which the court
27  can grant relief. Id.
28

ORDER – 1

With that liberal standard in mind, the court declines to dismiss Defendants' counterclaims for theft. The court construes those counterclaims as claims for conversion, and the court finds that Defendants could prove a set of facts that would entitle them to relief. For the same reason, the court declines to dismiss Defendants' deceptive business practice counterclaims.

The court dismisses all of Defendants' counterclaims that sound in fraud, including their ninth, tenth, twelfth, and thirteenth counterclaims. Under Fed. R. Civ. P. 9(b), these claims must be pled with particularity. Defendants' counterclaims do not contain the requisite particularized allegations of fraud. The court dismisses those counterclaims without prejudice.

For the reasons stated above, the court GRANTS TMM's motion in part and DENIES it in part. (Dkt. # 26).

Dated this 26th day of May, 2005.

JAMES L. ROBART
United States District Judge

ORDER – 2